IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL MUNSTER,<br><br>　　　　　Defendant. | No. CR 06-0394 MMC<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

### STIPULATION

The parties agree to continue the next hearing in the above-captioned matter from April 11, 2007 until April 25, 2007 at 2:30 p.m. The continuance is necessary due to family obligations of defense counsel that arose after the scheduling of the hearing. Probation Officer Bobby Love has been contacted and has no objection to the proposed continuance.

It is so stipulated.

DATED: 4/9/07

RONALD TYLER
Assistant Federal Public Defender
Counsel for Paul Munster

DATED: 4/9/07

BLAKE STAMM
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING
*United States v. Munster*
CR 06-0394 MMC

**ORDER**

This matter is continued from April 11, 2007 until April 25, 2007 at 2:30 p.m.

IT IS SO ORDERED.

DATED: April 10, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
HEARING
*United States v. Munster*
CR 06-0394 MMC                                    - 2 -