**E-Filing**

FILED

APR 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PAUL MUNSTER,<br><br>                Defendant. | No. CR 06-0394 MMC<br><br><u>ORDER RELEASING DEFENDANT</u> |

TO: The United States Marshal Service and the Federal Detention Center.

This matter came on for hearing on April 25, 2007. This Court modified the defendant's probation on the record and as will be reflected in an upcoming judgment. In accordance with those proceedings, the defendant is hereby ordered released from custody. He is ordered to report forthwith to Cornell Corrections at 111 Taylor Street in San Francisco and there to remain for four months under such terms as were stated on the record and will be set forth in the upcoming judgment.

IT IS SO ORDERED.

DATED: APR 2 5 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

ORDER RELEASING DEFENDANT
*U.S. V. Paul Munster*  CR 06-0394 MMC                      - 1 -