**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. CR-06-0394 MMC

12            Plaintiff,                    **AMENDED**
                                           **ORDER RELEASING DEFENDANT**
13      v.

14   PAUL MUNSTER,

15            Defendant.
                                        /
16

17      TO: The United States Marshal Service and the Federal Detention Center.

18      This matter came on for hearing on April 25, 2007. This Court modified the defendant's

19   probation on the record and as reflected in the Clerk's minutes. In accordance with those

20   proceedings, the defendant is hereby ordered released from custody. He is ordered to report
21   forthwith

22   to Cornell Corrections at 111 Taylor Street in San Francisco and there to remain for four months

23   under such terms as were stated on the record and as were set forth in the Clerk's minutes.
24
25      **IT IS SO ORDERED.**

26

27   Dated: April 27, 2007

28                                          _____
                                           MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California